# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

DAVID A. SIAS,

        Plaintiff,

v.                        CIVIL ACTION NO. 3:07-0792

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## ORDER

      This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court remand this case to the Commissioner for further proceedings. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge. The Court **REMANDS** the case to the Commissioner for further proceedings consistent with the Magistrate Judge's findings and recommendation.

      The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

                      ENTER:      March 30, 2009

                      ROBERT C. CHAMBERS
                      UNITED STATES DISTRICT JUDGE